IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROSCOE DOUGLAS,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00008-MP-GRJ

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees with the Magistrate Judge that the ALJ properly relied upon the plaintiff's past relevant work as an office helper while on work release, and also properly found that plaintiff could perform other jobs. Moreover, the Court agrees that substantial evidence supported the ALJ's decision that plaintiff's complaints regarding the severity of his pain were not credible. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this *11th* day of October, 2011

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge